FILED
CLERK, U.S. DISTRICT COURT
JUL - 8 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   )<br>              Plaintiff, )<br>   )<br>   vs.                )<br>   )<br>ROGER FUENTES       )<br>   )<br>   )<br>              Defendant. )<br>_____) | Case No.: CR 04-50-DSF<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist., CA for alleged violation(s) of the terms and conditions of (his)/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.   (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _alleged failure to notify PO of change in address; prior revocations of SR; no known sureties_

```
 1  _____
 2  _____
 3  _____
 4          and/or
 5  B.    ( )  The defendant has not met his/her burden of establishing by
 6        clear and convincing evidence that he/she is not likely to pose
 7        a danger to the safety of any other person or the community if
 8        released under 18 U.S.C. § 3142(b) or (c). This finding is based
 9        on:_____
10        _____
11        _____
12        _____
```

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:    7/8/13

_____
UNITES STATES MAGISTRATE JUDGE